## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JOHN LOFFREDO, *et al.*, individually and as representatives of a class of similarly situated persons,

Plaintiffs,

v.

CERBERUS CAPITAL MANAGEMENT, L.P.,
STATE STREET BANK AND TRUST COMPANY,
JOHN DOE and MARY ROE,

Defendants.

Civil Action No: 2:10-cv-14214

Hon. Julian Abele Cook, Jr.

### ORDER GRANTING DEFENDANT LEAVE TO FILE A BRIEF IN SUPPORT OF ITS MOTION TO DISMISS IN EXCESS OF 20 PAGES

This matter having come before this Court upon Defendant Cerberus Capital Management L.P.'s Unopposed Motion to File a Brief in Support of its Motion to Dismiss the Complaint in Excess of Twenty Pages Pursuant to E.D. Mich. LR 7.1(c)(3)(A), and this Court being otherwise fully apprised in the matter,

**IT IS HEREBY ORDERED** that Defendant Cerberus Capital Management L.P. may file a Brief in Support of its Motion to Dismiss the Complaint not to exceed 28 pages and that Defendant Cerberus Capital Management L.P.'s Motion to Dismiss the Complaint and Brief in Support may be filed within 24 hours of entry of this Order.

IT IS SO ORDERED.

DATED:  December 13, 2010

s/Julian Abele Cook, Jr.
Honorable Julian Abele Cook, Jr.
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on December 13, 2010.

s/ Kay Doaks
Case Manager
