UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Loffredo, et al.,

                        Plaintiff(s),

v.                                                Case No. 2:10−cv−14214−JAC−VMM
                                                    Hon. Julian Abele Cook

Cerberus Capital Management,
L.P., et al.,

                        Defendant(s).

_____/

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before the Honorable Julian Abele Cook at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan. The following motion(s) are scheduled for hearing:

        Motion to Dismiss − #12
        Motion to Dismiss − #13

- MOTION HEARING: 4/12/11 at 09:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/ K. Doaks
                                               Case Manager

Dated:   December 22, 2010