UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOHN LOFFREDO ET AL, individually and
as representatives of a class of similarly situated persons,

   Plaintiffs,

v              Case No. 2:10-CV-14214-JCO-MKM
                Hon. John Corbett O'Meara
                Magistrate Judge Mona K. Majzoub

CERBERUS CAPITAL MANAGEMENT, L.P.,
a limited partnership,
STATE STREET BANK AND TRUST COMPANY,
a Massachusetts trust company,
JOHN DOE and MARY ROE, individuals,

   Defendants.

| | |
|---|---|
| Sheldon L. Miller<br>LAW OFFICES OF SHELDON MILLER<br>**Attorneys for Plaintiffs**<br>31731 Northwestern Hwy., Ste. 280W<br>Farmington Hills, MI 48334<br>(248) 538-3400<br>(248) 538-5280 Fax | Mayer Morganroth (P17966)<br>Jeffrey B. Morganroth (P41670)<br>MORGANROTH & MORGANROTH, PLLC<br>**Co-Counsel for Plaintiffs**<br>344 North Old Woodward Avenue<br>Suite 200<br>Birmingham, MI 48009<br>(248) 864-4000<br>(248) 864-4001 Fax |
| Michael G. Brady (P57331)<br>WARNER NORCROSS & JUDD LLP<br>**Attorneys for Cerberus Capital Management, LP**<br>2000 Town Center, #2700<br>Southfield, MI 48075<br>(248) 784-5000<br>(248) 603-9632 Fax | Howard O. Godnick<br>Assunta Vivolo<br>SCHULTE ROTH & ZABEL LLP<br>**Attorneys for Cerberus Capital Management, LP**<br>919 Third Avenue<br>New York, NY 10022<br>(212) 756-2000<br>(212) 593-5955 Fax |

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
344 N. OLD WOODWARD AVE.
SUITE 200
BIRMINGHAM, MI 48009
(248) 864-4000
FAX (248) 864-4001

NEW YORK OFFICE
110 E. 42nd STREET
10th FLOOR
NEW YORK, NY 10017
(212) 586-5905

**NOTICE OF APPEARANCE**

To: Clerk of the Court
  Counsel of Record

Please enter the Appearance of the law firm of MORGANROTH & MORGANROTH, PLLC by Mayer Morganroth and Jeffrey B. Morganroth as co-counsel for Plaintiffs in the above-entitled matter.

                                                Respectfully submitted,

                                                MORGANROTH & MORGANROTH, PLLC

                                                By: /s/ Mayer Morganroth
                                                MAYER MORGANROTH (P17966)
                                                JEFFREY B. MORGANROTH (P41670)
                                                JEFFREY M. THOMSON (P72202)
                                                Co-Counsel for Plaintiffs
                                                344 North Old Woodward Ave., Suite 200
                                                Birmingham, MI  48009
Dated: December 22, 2010                  (248) 864-4000
                                                Email: mmorganroth@morganrothlaw.com

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
344 N. OLD WOODWARD AVE.
SUITE  200
BIRMINGHAM, MI  48009
(248) 864-4000
FAX (248) 864-4001

NEW YORK OFFICE
110 E. 42nd STREET
10th FLOOR
NEW YORK, NY  10017
(212) 586-5905

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Sheldon L. Miller, Esq. | Michael G. Brady, Esq. |
| Howard O. Godnick Esq. | Assunta Vivolo, Esq. |

MORGANROTH & MORGANROTH, PLLC

By: /s/ Mayer Morganroth
MAYER MORGANROTH  (P17966)
Morganroth & Morganroth, PLLC
344 North Old Woodward Ave., Suite 200
Birmingham, MI 48034
(248) 864-4000
Dated:  December 22, 2010        Email: mmorganroth@morganrothlaw.com

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
344 N. OLD WOODWARD AVE.
SUITE  200
BIRMINGHAM, MI  48009
(248) 864-4000
FAX (248) 864-4001

NEW YORK OFFICE
110 E. 42nd STREET
10th FLOOR
NEW YORK, NY  10017
(212) 586-5905