UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN LOFFREDO, et al.,

        Plaintiffs,

  v.

STATE STREET BANK AND TRUST COMPANY, et al.,

        Defendants.

and

JOHN LOFFREDO, et al.,

        Plaintiffs,

  v.

DAIMLER, AG, et al.,

        Defendants.

Case Nos. 10-14214 and 10-14181
Honorable Julian Abele Cook, Jr.

ORDER TO SHOW CAUSE

A cursory review of the above-captioned actions suggests that (1) they involve common questions of fact and law, and (2) a consolidation of these civil actions would promote judicial economy and, in so doing, avoid unnecessary costs and delay. *See* Fed. R. Civ. P. 42(a). However, prior to making a decision on this issue, the Court invites the parties, through their respective counsel, to submit written comments relating to this procedural issue within a period of ten days from the date of this order to show cause.

IT IS SO ORDERED.

Dated:  March 3, 2011                        s/Julian Abele Cook, Jr.
       Detroit, Michigan                  JULIAN ABELE COOK, JR.
                                              United States District Court Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on March 3, 2011.

                                                  s/ Kay Doaks
                                                  Case Manager