UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN LOFFREDO, ET AL., | Civil No.        10-CV-14214 |
| | Consolidated with:   10-CV-14181 |
| Plaintiffs, | |
| v. | Honorable Julian Abele Cook, Jr. |
| CERBERUS CAPITAL MANAGEMENT, L.P., ET AL., | |
| Defendants. | |
| and | |
| JOHN LOFFREDO, ET AL., | |
| Plaintiffs, | |
| v. | |
| DAIMLER AG, ET AL., | |
| Defendants. | |

_____/

ORDER OF CONSOLIDATION

To promote convenience and judicial economy, and to avoid unnecessary costs and delay the Court orders the consolidation of separate cases pursuant to Federal Rule of Civil Procedure 42(a), which provides:

> "When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay."

**IT IS THEREFORE ORDERED** that the following case 10-14214 is consolidated with civil number 10-14181 for all purposes, including trial.

**IT IS FURTHER ORDERED** that **all subsequent papers filed after the date of this order**

**shall be entered on civil number 10-14181.**

      **IT IS FURTHER ORDERED** that civil number 10-14214 is hereby closed for administrative purposes.


Date: March 24, 2011                                   s/Julian Abele Cook, Jr.
                                                          JULIAN ABELE COOK, JR.
                                                          U.S. District Court Judge